UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION and STATESBORO DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LEAVE OF ABSENCE REQUEST | ) Case Nos.: |
| TARA M. LYONS | ) ✓CR419-036, C. Ruger |
| July 9, 2019 through July 15, 2019 | ) CR618-002, A. Goodman |
| | ) CR618-012, D. Taylor |

### ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 9, 2019 through July 15, 2019 for vacation out of state; same is hereby GRANTED.

This 21st day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA