UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CARL SCOTT RUGER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR419-036 |
| | ) | CV422-272 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After the District Judge dismissed Movant Carl Scott Ruger's 28 U.S.C. § 2255 motion, the Court received several documents submitted by Ruger, *pro se*. *See* docs. 92, 94, 95 & 96.[1] On September 19, 2024, the Court held a hearing at which Ruger and his retained counsel, Mr. John Davidson Carson, Jr., confirmed that their attorney-client relationship had never been terminated and remained sound as of the date of the hearing. *See* doc. 101 (Minute Entry). The Court heard from both counsel and Movant, *ex parte*, and, without disclosing the substance of their

---

[1] The Court cites to the criminal docket in CR419-036 unless otherwise noted.

discussion, both confirmed that Ruger's *pro se* filings resulted from a disagreement concerning litigation strategy.

This Court's rules, both civil and criminal, prohibit parties from filing motions *pro se* while they are represented by counsel. *See* S.D. Ga. LR Civ. 83.6(d) ("Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney by such party and to the opposite party . . . ."); *see also, e.g.,* S.D. Ga. LR Crim. 44B. Given Ruger and his counsel's representations that their attorney-client relationship has persisted uninterrupted since counsel's entry of appearance in August 2022, *see* doc. 69, Ruger's *pro se* filings are improper. They are, therefore, **DISMISSED**. Docs. 92, 94, 95 & 96. Pursuant to the District Judge's Order, CV422-272, doc. 18, and Judgment, CV422-272, doc. 19, the civil case CV422-272 stands **CLOSED**.

**SO ORDERED**, this 20th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA